# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2667
LT Case No. 2013-CF-6749-A

_____

GEORGE P. CARTER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

George P. Carter, Madison, pro se.

No Appearance for Appellee.


January 23, 2024


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____